AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Olson, John K. | Florida Southern - Bankruptcy | 5/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

US Courthouse
299 E Broward Blvd.
Ft. Lauderdale, FL 33301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 5/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Greenspoon Marder PA - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Business Law Section, The Florida Bar | Jan 25 - 27 | Oralndo, FL | Section Meeting | Transportation, meals, room |
| 2. | Bankruptcy Bar Association, Southern District of Florida | Mar 10 | West Palm Beach, FL | Meeting | Transportation, meal |
| 3. | Buainess Law Section, American Bar Association | April 6 - 8 | New Orleans, LA | Section Meeting | Transportation, meals, room |
| 4. | Central Florida Bankruptcy Law Association | May 5 | Orlando, FL | Seminar | Transportation, meals, room |
| 5. | Bankruptcy Bar Association, Southern District of Florida | May 11 - 14 | Bonita Springs, FL | Seminar | Transportation, meals, room |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Olson, John K. | 5/15/2018 |

| | | | | |
|---|---|---|---|---|
| 6. | Business Law Section, The Florida Bar | Sept 1 - 4 | Palm Beach, FL | Meeting | Transportation, meals, room |
| 7. | National Association of Bankruptcy Trustees | Sept 13 - 16 | New Orelans, LA | Annual meeting | Transportation, meals, room |
| 8. | American Bar Association, Business Law Section | Oct 7 - 11 | Las Vegas, NV | Fall Meeting Business Bankruptcy Committee | Transportation, meals (partial), room (partial) |
| 9. | National Conference of Bankruptcy Judges | Oct 7 - 11 | Las Vegas, NV | Annual Meeting | Meals (partial), room (partial) |
| 10. | Business Law Section, The Florida Bar | Nov 3 - 4 | Miami, FL | CLE Seminar | Transportation, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 5/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Raymond James Brokerage account cash balance | A | Interest | J | T | | | | | |
| 2. | - RJ Bank | A | Interest | J | T | | | | | |
| 3. | -PHLPX | A | Interest | | | Sold | 06/16/17 | J | | |
| 4. | -FTSM | A | Interest | | | Sold | 05/09/17 | J | | |
| 5. | Account 1636 | | | | | | | | | |
| 6. | -QQQ | A | Interest | J | T | Buy (add'l) | 05/09/17 | J | | |
| 7. | -RSP | A | Interest | K | T | Buy (add'l) | 02/10/17 | J | | |
| 8. | -VIOG | A | Interest | K | T | | | | | |
| 9. | -IVOG | A | Interest | K | T | Buy (add'l) | 04/07/17 | K | | |
| 10. | -LDLFX | B | Int./Div. | K | T | Buy | 02/10/17 | K | | |
| 11. | -PONPX | B | Int./Div. | K | T | Buy | 06/16/17 | K | | |
| 12. | -TIP | A | Interest | K | T | Buy | 05/09/17 | K | | |
| 13. | -EEM | A | Int./Div. | K | T | Buy | 05/09/17 | J | | |
| 14. | -EFA | A | Int./Div. | K | T | Buy | 05/09/17 | K | | |
| 15. | Account M542 | | | | | | | | | |
| 16. | -RJ Bank cash balance | A | Interest | K | T | | | | | |
| 17. | -PHLPX | A | Interest | | | Sold | 06/16/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -FTSM | A | Interest | | | Sold | 05/09/17 | K | | |
| 19. -QQQ | A | Interest | J | T | | | | | |
| 20. -RSP | A | Int./Div. | J | T | Buy (add'l) | 02/10/17 | J | | |
| 21. -EEM | A | Int./Div. | J | T | Buy | 05/09/17 | J | | |
| 22. -EFA | A | Int./Div. | J | T | Buy | 05/09/17 | J | | |
| 23. -VIOG | A | Interest | J | T | | | | | |
| 24. -IVOG | A | Interest | J | T | Buy (add'l) | 04/07/17 | J | | |
| 25. -IVOG | A | Interest | J | T | Buy (add'l) | 05/09/17 | J | | |
| 26. Phoenix Ventures, Inc. common | | None | J | U | | | | | |
| 27. Invesco American Franchise Fund B | A | Int./Div. | J | T | | | | | |
| 28. Invesco American Franchise Fund A | A | Int./Div. | K | T | | | | | |
| 29. Invesco Global Core Equity Fund | A | Int./Div. | K | T | | | | | |
| 30. Retirement Account #4011 | | | | | | | | | |
| 31. - AQR Multi Strategy Alt Fund | A | Int./Div. | K | T | | | | | |
| 32. - BBH Core Select Fund | A | Int./Div. | K | T | | | | | |
| 33. - Dghm All Cap Value Fund | A | Int./Div. | K | T | | | | | |
| 34. - Etracs Alerian Mlp Etn | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Federated Strategic Val Div Is | B | Int./Div. | K | T | | | | | |
| 36. - FPA Crescent Fund | A | Int./Div. | K | T | | | | | |
| 37. - PIMCO Commodity RR Strategic Fund | A | Int./Div. | J | T | | | | | |
| 38. - Riverpark/Wedgewood-Ins | A | Int./Div. | K | T | | | | | |
| 39. - Schwab Fundamental US Large Co Index | B | Int./Div. | L | T | | | | | |
| 40. - TFS Market Neutral Fund | A | Int./Div. | J | T | | | | | |
| 41. - Vaughan Nelson Value Opp-Y | A | Int./Div. | K | T | | | | | |
| 42. - Johcm International Sel-I | A | Int./Div. | K | T | | | | | |
| 43. - Avenue Credit Strategies Fund | B | Int./Div. | K | T | | | | | |
| 44. - JP Morgan Core Bond Fund | A | Interest | J | T | | | | | |
| 45. - Natixis Loomis Sayles Investment Grad Bond Fund | B | Interest | K | T | | | | | |
| 46. - Osterweis Strategic Income Fund | B | Interest | K | T | | | | | |
| 47. - PIMCO All Asset All Authority Fund | B | Interest | K | T | | | | | |
| 48. - Templeton Global Bond Fund | A | Interest | J | T | | | | | |
| 49. Family Limited Partnership - F | | | | | | | | | |
| 50. - Energy Income & Growth Fund | A | Int./Div. | J | T | | | | | |
| 51. - Eaton Vance Tax Adv Global Div Oppty Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Ishares Inc Australia Index Fund | A | Int./Div. | J | T | | | | | |
| 53. - Ishares Inc Global Telecomm Sector Index Fund | A | Int./Div. | J | T | | | | | |
| 54. - Ishares Inc CDA Index Fund | A | Int./Div. | J | T | | | | | |
| 55. - Market Vectors Trust Agribusiness EFT | A | Int./Div. | J | T | | | | | |
| 56. - SPDR Sector SBI Energy Fund | A | Int./Div. | J | T | | | | | |
| 57. - SPDR Sector Series Tr S&P Oil & Gas Equipt & Svcs ETF | A | Int./Div. | J | T | | | | | |
| 58. - SPDR Series Tr S&P Metals & Mining | A | Int./Div. | J | T | | | | | |
| 59. - Vanguard Div Apprec ETF | A | Int./Div. | J | T | | | | | |
| 60. - Nuveen Select Maturities Muni Fund | A | Interest | J | T | | | | | |
| 61. - Vanguard Short Term Tax Exempt Fund | A | Interest | J | T | | | | | |
| 62. - UBS CashFund Inc. | A | Interest | J | T | | | | | |
| 63. - T | A | Int./Div. | J | T | | | | | |
| 64. - ADP | A | Int./Div. | J | T | | | | | |
| 65. - BR | A | Int./Div. | J | T | | | | | |
| 66. - EXBO | A | Int./Div. | J | T | | | | | |
| 67. - ECA | A | Int./Div. | J | T | | | | | |
| 68. - INFY | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 5/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | - SAYCY | A | Int./Div. | J | T | | | | | |
| 70. | - SLB | A | Int./Div. | J | T | | | | | |
| 71. | - SBCF | A | Int./Div. | J | T | | | | | |
| 72. | - WIT | A | Int./Div. | J | T | | | | | |
| 73. | - GCH | A | Int./Div. | J | T | | | | | |
| 74. | - EFA | A | Int./Div. | J | T | | | | | |
| 75. | - EEM | A | Int./Div. | J | T | | | | | |
| 76. | - CVTCX | A | Int./Div. | J | T | | | | | |
| 77. | - VEECX | A | Int./Div. | J | T | | | | | |
| 78. | - TEGBX | A | Interest | J | T | | | | | |
| 79. | - PTTCX | A | Int./Div. | J | T | | | | | |
| 80. | - GYB | A | Int./Div. | J | T | | | | | |
| 81. | - FESGX | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Olson, John K. | 5/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ John K. Olson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544